UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRITTANY BEAULIEU,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF SEATTLE; AARON PARKER and JANE DOE PARKER, and the marital community composed thereof; and JONATHAN YOUNG and JANE DOE YOUNG, and the marital community composed thereof,<br><br>　　　　　　Defendants. | CASE NO. C07-1112-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　Pursuant to the parties' request and notification that this case has settled, the Court hereby STRIKES Defendants' motions for summary judgment (Dkt. Nos. 22, 23).

　　　　DATED this 20th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk of Court


　　　　　　　　　　　　　　　　　　　　By　/s/ *T. Scott*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER – 1